DONALD W. COOK
Attorney at Law
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone: (213) 252-9444
Facsimile: (213) 252-0091
Email: doncook@earthlink.net

SANJAY S. SCHMIDT (State Bar No. 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
Facsimile: (415) 223-9717
Email: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiffs*,
JENNIFER FINK-CARVER and JASON FINK

NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
ALEXANDRA ROMERO (State Bar No. 335570)
Alexandra.Romero@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
OFFICER KUHN and CITY OF PLEASANT HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FINK-CARVER and JASON FINK,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANT HILL POLICE | Case No. 4:21-cv-00664-JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO AMEND SCHEDULING<br>ORDER (Civil L.R. 7-1(a)(5) and Civil L.R. 7-12) |

STIP. & [PROP.] ORD. TO AMEND SCHEDULING ORDER
*Fink-Carver v. City of Pleasant Hill, et al.*
USDC (N.D. Cal.) Case No. 4:21-cv-00664-JSW

1

1  OFFICER KUHN, CITY OF PLEASANT
   HILL, and DOES 1 through 20,
2
                Defendants.
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROP.] ORD. TO AMEND SCHEDULING ORDER
*Fink-Carver v. City of Pleasant Hill, et al.*
USDC (N.D. Cal.) Case No. 4:21-cv-00664-JSW

Pursuant to Civil L.R. 7-1(a)(5) and Civil L.R. 7-12, the parties, by and through their respective counsel of record, hereby stipulate to the following:

1. WHEREAS, this Court issued a scheduling order, on June 14, 2021;
2. WHEREAS, on September 15, 2021, Plaintiffs moved to substitute new counsel into this action, ECF Nos. 14-15, which motions were granted by the Court, on September 29, 2021, ECF Nos. 17-18;
3. WHEREAS, the parties have been working to obtain the key discovery needed in order to prepare their respective cases adequately for mediation, in order to make the session productive and maximize the chances at a resolution, but due to the impacted schedules of the attorneys and parties, and due to the fact that there was a longstanding, unresolved discovery dispute that precluded a full production of documents by the City, the parties have not been able to obtain the key discovery needed in order to facilitate meaningful participation in a mediation session;
4. The pending discovery dispute was concerning the form of protective order to be used, as well as what documents can be designated confidential under such an order; a meet and confer session was held, a draft of the discovery dispute letter was circulated, and the meet and confer process continued and ran its course;
5. Although the dispute between lead counsel for the Plaintiffs, Mr. Cook, and lead counsel for the Defendants, Mr. Blechman, regarding the form of the protective order, among other things, was protracted, a resolution has now been reached, which will facilitate the production of the documents that caused discovery to grind to a halt during the pendency of the dispute;
6. As of the filing of this stipulation, a proposed, stipulated protective order for the Court's signature has now been submitted;
7. WHEREAS, until this discovery dispute was resolved, the City respectfully declined to produce key documents, including the internal affairs report concerning the incident that gave rise to this suit, inter alia, which documents are needed in order to set and conduct

STIP. & [PROP.] ORD. TO AMEND SCHEDULING ORDER NO. 2
*Fink-Carver v. City of Pleasant Hill, et al.*
USDC (N.D. Cal.) Case No. 4:21-cv-00664-JSW

the depositions of the involved officers, as well as to adequately prepare for and meaningfully participate in the mediation session;

8. A firm date of **November 21**, **2022**, for the court-ordered mediation session with the Hon. Judge Patrick J. Mahoney (Ret.), has now been set;

9. Counsel for Plaintiffs and Defendants have met and conferred, and identified the key discovery each side needs in order to meaningfully participate in mediation and have a productive session;

10. Once Plaintiffs receive the outstanding documents, they will need to depose at least Defendant Ofc. Kuhn, the K-9 handler, and Defendants will need to depose Plaintiffs;

11. To this end, counsel for both Plaintiffs and Defendants have met and conferred, and given the extremely impacted schedules of all counsel, additional time in the schedule is needed in order to coordinate the discovery and depositions, while taking into account the busy schedules of all counsel, the police officer witnesses, and other witnesses, so that both sides can obtain the key discovery that is necessary for a productive mediation on **November 21**, **2022**;

12. WHEREAS, the undersigned counsel for the parties met-and-conferred in order to identify the next available series of successive deadlines, all tied to a new trial date, but as result of counsels' 2023 calendars, defense counsel's unavailability in September and October of 2023, and the undersigned Plaintiff's counsel's already-set-trials in December of 2023, the next available jury trial date is, unfortunately, in January of 2024;

13. The parties do not anticipate any further requests to extend the scheduling order in this action;

14. WHEREAS, given the foregoing, the parties have met and conferred, and believe that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the current Order Scheduling Trial and Pretrial Matters (ECF No. 24 (modifying ECF No. 22)) a fourth and final time, as shown in the chart below, to provide the parties sufficient time to complete fact and expert discovery, and to prepare and to file dispositive motions and oppositions thereto; each successive date has been extended by approximately 120-days

(instead of 90-days), in view of the unavailability of defense counsel in September and October of 2023:

| Case Event | Current Date/Disclosure Deadline/Hearing Date | Proposed Date/Disclosure Deadline/Hearing Date |
|---|---|---|
| Close of Non-Expert Discovery | November 7, 2022 | May 16, 2023 |
| Last Day for Expert Disclosure | November 30, 2022 | June 8, 2023 |
| Rebuttal Expert Disclosure Deadline | December 14, 2022 | June 22, 2023 |
| Last Day for Expert Discovery | January 11, 2023 | July 20, 2023 |
| Deadline to File Dispositive Motion | December 15, 2022 | June 23, 2023 |
| Dispositive Motion Hearing | January 20, 2023, at 9:00 a.m. | July 28, 2023, at 9:00 a.m. |
| Pretrial Conference | April 24, 2023, at 2:00 p.m. | Dec. 19, 2023, at 2:00 p.m. |
| Jury Selection | July 12, 2023, at 8:00 a.m. | January 17, 2024, at 8:00 a.m. |
| Trial Date | July 17, 2023, at 8:00 a.m. | January 22, 2024, at 8:00 a.m. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully Submitted,

Dated: October 19, 2022

**DONALD W. COOK, Attorney at Law**
-and-
**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs,
JENNIFER FINK-CARVER and JASON FINK

STIP. & [PROP.] ORD. TO AMEND SCHEDULING ORDER NO. 2
*Fink-Carver v. City of Pleasant Hill, et al.*
USDC (N.D. Cal.) Case No. 4:21-cv-00664-JSW

Dated:  October 19, 2022

**MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP**

*/s/ Noah G. Blechman\**
By: Noah G. Blechman
Attorneys for Defendants
OFFICER KUHN and CITY OF PLEASANT HILL

*Mr. Blechman consented to the filing of this document via CM-ECF.

### [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, it is hereby ordered that the Order Scheduling Trial and Pretrial Matters (ECF No. 24) is modified as follows:

**IT IS SO ORDERED.**

| Case Event | Current Date/Disclosure Deadline/Hearing Date | ~~Proposed~~ Date/Disclosure Deadline/Hearing Date |
|---|---|---|
| Close of Non-Expert Discovery | November 7, 2022 | May 16, 2023 |
| Last Day for Expert Disclosure | November 30, 2022 | June 8, 2023 |
| Rebuttal Expert Disclosure Deadline | December 14, 2022 | June 22, 2023 |
| Last Day for Expert Discovery | January 11, 2023 | July 20, 2023 |
| Deadline to File Dispositive Motion | December 15, 2022 | June 23, 2023 |
| Dispositive Motion Hearing | January 20, 2023, at 9:00 a.m. | July 28, 2023, at 9:00 a.m. |
| Pretrial Conference | April 24, 2023, at 2:00 p.m. | ~~Dec. 19, 2023~~, at 2:00 p.m. December 18, 2023, at 2:00 p.m. |
| Jury Selection | July 12, 2023, at 8:00 a.m. | January 17, 2024, at 8:00 a.m. |
| Trial Date | July 17, 2023, at 8:00 a.m. | January 22, 2024, at 8:00 a.m. |

Dated: October 20, 2022

_____
Honorable Jeffrey S. White
SENIOR UNITED STATES DISTRICT JUDGE

STIP. & [~~PROP.~~] ORD. TO AMEND SCHEDULING ORDER NO. 2
*Fink-Carver v. City of Pleasant Hill, et al.*
USDC (N.D. Cal.) Case No. 4:21-cv-00664-JSW