United States District Court
Northern District of California

1
2
3
4                              UNITED STATES DISTRICT COURT
5                            NORTHERN DISTRICT OF CALIFORNIA
6
7    JENNIFER FINK-CARVER, et al.,              Case No. 21-cv-00664-JSW   (LJC)
8                  Plaintiffs,
                                                **NOTICE OF REFERRAL FOR
9          v.                                   DISCOVERY**
10   POLICE OFFICER KUHN, et al.,
11                 Defendants.
12
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14         This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  The
15   undersigned is reviewing the parties' joint discovery letter (Re: Dkt. No. 36), and will order a
16   telephone conference, hearing, and/or further briefing, if needed.  For all future discovery disputes
17   that the parties seek to resolve through this Court, the parties must comply with the procedures set
18   forth in the Standing Order for Magistrate Judge Cisneros, available at
19   https://cand.uscourts.gov/lisa-j-cisneros/.
20         Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov
21   with any questions.
22
23         **IT IS SO ORDERED.**
24   Dated: April 4, 2023
25
26                                              _____
27                                              LISA J. CISNEROS
                                                United States Magistrate Judge
28