1

2

3

4                                UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7   JENNIFER FINK-CARVER, et al.,              Case No.  21-cv-00664-JSW   (LJC)

8              Plaintiffs,

9         v.                                   **ORDER REQUESTING DISCOVERY
                                               MATERIALS**
10  POLICE OFFICER KUHN, et al.,

11             Defendants.

12

13        By April 17, 2023, at 5:00 pm, Plaintiffs shall file a true and correct copy of their disputed

14  Requests for Production of Documents pursuant to Rule 34 of the Federal Rules of Civil

15  Procedure, and Defendants shall file a true and correct copy of their responses and objections to

16  the same.  Based on the discovery letter that the parties have filed, Dkt. 36, the following Requests

17  are in dispute: Nos. 24, 25, 26, 27, 28, 29, 30, 34, 35, 36, 37, 38, 39, 46, 52, 56, 57, 58, and 65.

18        **IT IS SO ORDERED.**

19  Dated: April 14, 2023

20

21

22  LISA J. CISNEROS
    United States Magistrate Judge

23

24

25

26

27

28

*United States District Court*
*Northern District of California*